Carolyn Hope Schaupp
1550 Central Avenue
Hollister CA, 95023
Carolynh.schaupp30@gmail.com

FILED
JUL 25 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, | Case No.: 1:23-cv-0755-ADA-SAB |
| Plaintiff, | |
| vs. | NINTH CIRCUIT COURT OF APPEAL No.: |
| CAROLYN HOPE SCHAUPP, PLAINTIFF AND | |
| | 23-15904 |
| Defendant | |
| | Court of Appeal: F086125 (Habeas) |
| | Court of Appeal : F084055 |
| | MOTION FOR CONSOLIDATION 42(A) |
| | MOTION TO REOPEN FEDERAL CIVIL CASES: |
| | 1:20-CV-01221-DAD-BAM |
| | 1:22-CV-00849-JLT-SAB |
| | JURY TRIAL DEMANDED |
| | CR20008761 Stanislaus County Superior Court |
| | FL20001695 Stanislaus County Superior Court |

MOTION TO CONSOLIDATE - 1

|  |
|---|
| PR20000740 Stanislaus County Superior Court |
| FL22002219 Stanislaus County Superior Court (Habeus) |
| FL22001489 Stanislaus County Superior Court |
| 22CCADO1060 Los Angeles County Superior Court |
| 23STPB03148 Los Angeles County Superior Court |
| SA2023301466-Motion for Stay Pending Appeal FRCP§15 |

MOTION TO CONSOLIDATE

MOTION TO CONSOLIDATE AND REOPEN CIVIL CASE

STAY REQUESTED ON ( SA2023301466) FRCP §15

In accordance with Federal Rule of Civil Procedure 42, Removing Defendant moves to consolidate for trial all matters at issue in these actions. Pursuant to Fed. R. Civ. P. Rule 42(a)(1), which states that, "If actions before the court involve a common question of law or fact, the court may join for hearing or trial any or all matters at issue in the actions. . . ." The Court has "broad discretion" in determining whether consolidation is appropriate, the district court must "determine whether the specific risks of prejudice and possible confusion from consolidation were overborne by the risk of inconsistent adjudications . . . , the burden on parties, witnesses, and available judicial resources posed by multiple lawsuits, the length of time

MOTION TO CONSOLIDATE - 2

required to conclude multiple suits against a single one, and the relative expense to all concerned of the single-trial, multiple trial alternatives." Campbell v. Boston Scientific Corp., 99 Fed.R.Serv.3d 1479 (4th Cir. 2018) (quoting Arnold v. Eastern Air Lines, Inc., 681 F.2d 186, 193 (4th Cir. 1982) (internal quotations omitted). Furthermore, the "[p]olicies of judicial economy generally favor the consolidation of related actions." Eldridge v. McCabe, Weisberg & Conway, LLC, 2012 WL 1416642, *1 (D. Md. 2012) (citing Coyne & Delaney Co. v. Selman, 98 F.3d 1457, 1473 (4th Cir. 1996)). The fact that each of the listed actions are without Jurisdiction and based on the Removal action case gives this court Jurisdiction to consolidate the actions. These cases have common questions of law and fact, as plaintiffs in these actions have brought multiple overlapping causes of action and sued Defendant in 7 separate actions based solely on the removal action. The various factors to be considered by this Court weigh in favor of consolidation. Given the overlap of legal and factual issues in these cases, and to minimize the burden on Defendants, Plaintiffs, and the Court, Plaintiffs in the Seven actions have coordinated to use the discovery from the Removal action to prosecute their cases, and have named themselves as witnesses and parties.

Here, these considerations overwhelmingly support the consolidation of this case with the Listed case. First, the removing defendant and Plaintiff in the Civil Matters related to and before this court brings the causes of action and an England Jennings Reservation was made in the State Court namely, that it breaches the First, Fourth and Fourteenth Amendments by causing onerous and unwarranted "difficulties" for plaintiff and removing Defendant

    Plaintiffs in these Seven lower Court and Agency Action cases allegedly share common causes of actions: Removing Defendant Filed an Anti-Slapp under California State Law

MOTION TO CONSOLIDATE - 3

which was Defaulted. Removing Defendant brings forward two additional claims: a violation of Plaintiffs' equal protection guarantee under the Fifth Amendment and a conspiracy to violate civil rights under 42 U.S.C. § 1985(3). A consolidated trial would: (1) minimize the burden on the parties, by not requiring Defendants and Plaintiffs to put forth several of the same witnesses in two separate trials (or Seven), (2) promote judicial efficiency and shorten the length of time to resolve these cases by not requiring the Court to conclude seven trials with many identical issues of fact and law, (3) reduce costs to all parties and conserve judicial resources by avoiding unnecessary and duplicative witness testimony and other pre-trial and trial activity, and (4) reduce potential confusion and prejudice to the parties by allowing common issues for both cases to be resolved simultaneously. For the foregoing reasons removing defendant move this Court to consolidate trial in these matters and as provided request the following:

1. Nunc Pro Tunc Order including these actions in the Appeal filed on June 9, 2023 and June 12, 2023.

2. Evidentiary Hearing and Request to be heard on Consolidation.

3. Order to Show Cause for Lack of Jurisdiction based upon Removal Action which would discharge with Prejudice the Related cases subject to this consolidation Motion.

4. Evidentiary hearing regarding Fees and cost of suit.

Dated: July 18, 2023            By : Carolyn Hope Schaupp

MOTION TO CONSOLIDATE - 4

CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2023 I mailed to file the foregoing with the Clerk of the Court of the Eastern District Federal Court and I served the foregoing to all parties/counsel of record by mail.

RUBEN VILLALOBOS

800 11th Street

Modesto, CA 95354


ALAN CASSIDY                                                    ATTORNEY GENERAL

800 11th Street                                                   ROB BONTA

Modesto, CA 95354                                          1300 I Street

Sacramento CA, 95814

CLIFFORD TONG

1021 I Street Suite 201

 Modesto, CA 95354


STANISLAUS CCOUNTY DISTRICT ATTORNEY

JEFF LUGERO                                                    ARTHUR J. LA CILENTO

832 12TH Street                                                  800 E. CHAPMAN AVE. 211

Modesto, CA 95354                                          FULLERTON CA, 92831


SIMON VISS                                                       MONICA VISS

800 E. CHAPMAN AVE. #211                            800 E. CHAPMAN AVE. 211

FULLERTON CA, 92831                                    FULLERTON CA, 92831




MOTION TO CONSOLIDATE - 5