**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, | Case No. 1:23-cv-0755 KES SAB |
| Plaintiff, | ORDER DISREGARDING PLAINTIFF'S MOTION FOR LEAVE TO FILE LATE OBJECTIONS TO THE FINDINGS AND RECOMMENDATIONS |
| v. | |
| CAROLYN SCHAUPP, | Doc. 24 |
| Defendant. | |

Carolyn Schaupp initiated this action by filing a "notice of removal and interlocutory appeal of state court action" regarding *People of the State of California v. Carolyn Schaupp*, Stanislaus County Superior Court Case No. CR-20-008761. The court found Schaupp failed to identify a legally cognizable basis for removal of the state criminal proceedings and remanded the matter to Stanislaus County Superior Court. Docs. 5, 18.

After the court entered its order adopting the findings and recommendations to remand the action, Schaupp filed a notice of appeal of the remand order to the Ninth Circuit Court of Appeals. Doc. 19. While the appeal was pending—and this court lacked jurisdiction to address her filing— Schaupp filed a motion for leave to file late objections to the findings and recommendations. Doc. 24. On December 15, 2023, the Ninth Circuit concluded that the appeal was frivolous. Doc. 25. Given the Ninth Circuit's determination and dismissal, this court declines to entertain the untimely objections, or to convert the motion to one for reconsideration.

1

Thus, the court **ORDERS**:

1.  The motion to file late objections is **DISREGARDED**.

2.  **The action shall remain closed**, and no further filings will be accepted in this case.

IT IS SO ORDERED.

Dated:   February 16, 2026

_____
UNITED STATES DISTRICT JUDGE